UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| JEROD J. COOK #282755, | C.A. No. 5:14-cv-1938-RMG |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANTS MCFADDEN AND WARD** |
| LT. JORDAN WILLIAMS, WARDEN JOSEPH McFADDEN, AND DEPUTY DIRECTOR ROBERT E. WARD, | |
| Defendants. | |

Plaintiff has filed a Motion to Strike Defendants Warden Joseph McFadden ("McFadden") and Deputy Director Robert E. Ward ("Ward") from this action. ECF No. 27. The Defendants responded to Plaintiff's Motion by interpreting it to be a request to dismiss pursuant to Fed. R. Civ. P. 41(a)(2), consented to Plaintiff's request and requested that the dismissal be with prejudice. ECF No. 29.

Based on the foregoing, this Court finds that Plaintiff's Motion to Strike, ECF No. 27, is more properly a request to the Court to dismiss Defendants McFadden and Ward from this action pursuant to Fed. R. Civ. P. 41(a)(2). Therefore, it is hereby ordered that Defendants Warden Joseph McFadden and Deputy Director Robert E. Ward be dismissed without prejudice.

**IT IS SO ORDERED.**

_____
Richard M. Gergel
United States District Judge

August 13, 2014

Charleston, South Carolina