# INVOICE



PO Box 7172 • Columbia, SC 29202-7172
888.988.0086 toll free
803.988.0086 • 803.988.0094 fax
www.compuscripts.com

Page: 1    Federal ID: 58-2476952

Bill To:

Strom Law Firm
2110 Beltline Blvd, Ste A
Columbia, SC 29204
USA

Ordering Attorney:

Jessica Lerer Fickling, Esq
2110 Beltline Blvd, Ste A
Columbia, SC 29204
USA

| Invoice Number | Invoice Date | Reporter | Payment Terms | Due Date |
|---|---|---|---|---|
| 1038528 | 8/1/16 | Nisha Gordon | Net 10 Days | 8/11/16 |

| Item Description | UOM | Qty | Amount |
|---|---|---|---|
| Case Number: 5:14-CV-1938-RMG-KDW | | | |
| Case Caption: Jerod Cook v. Lt. Jordan Williams | | | |
| Job Date: 7/26/2016 | | | |
| | | | |
| Witness: 30(b)(5)(6) Designee - Attempted Deposition | | | |
| Appearance Fee - Business Hours 8 AM to 6 PM Mon-Fri - Less than 4 Hours | APPRNC | 1.00 | 80.00 |
| Court Reporter - Standby Fee - Billed in Quarter Hour Increments | HOUR | 0.50 | 30.00 |
| Original & 1 Certified Transcript Regular Turnaround | PAGE | 6.00 | 25.50 |
| Digital Exhibits | SIDE | 1.00 | 0.50 |
| | | | |
| Witness: Lieutenant Jordan Williams - Attempted Deposition | | | |
| Original & 1 Certified Transcript Regular Turnaround | PAGE | 6.00 | 25.50 |
| Duplicate Exhibit - Printed for Original | SIDE | 1.00 | 0.30 |
| Digital Exhibits | SIDE | 1.00 | 0.50 |
| | | | |
| Postage and Handling | PKG | 1.00 | 20.78 |

Subtotal $ 183.08
Total Invoice Amount $ 183.08

Check/Credit Memo No:    Payment/Credit Applied
**TOTAL** $ 183.08

Overdue invoices are subject to late charges and attorney fees.

--- Please include your invoice number on all payments to ensure proper credit ---

Thank you for your business!

| | | | | | 005138 |
|---|---|---|---|---|---|
| J. P. STROM, JR. P.A. | | | | | |
| 8/10/2016 | Compuscripts, Inc. | | | Matter ID | Amount |
| **Invoice Date** | **Invoice No.** | **Description** | | 22675-201501865 | 183.08 |
| 8/8/2016 | 1038528 | Jerod Cook - Depo of Witness | | | |

Pd. 8/10/16 JMK

---

**J. P. STROM, JR. P.A.**
COST ACCOUNT
2110 BELTLINE BLVD., STE A
COLUMBIA, SC 29204

FIRST CITIZENS BANK
and Trust Company of South Carolina

67-604/539
BRANCH 121

005138

CHECK NO.

One Hundred Eighty-Three & 08/100 Dollars

DATE 8/10/2016      AMOUNT 183.08

PAY TO THE ORDER OF

Compuscripts, Inc.
Post Office Box 7172
Columbia, SC 29202

⑈005138⑈ ⑆053906041⑇08312 801280 1⑈

ENDORSE HERE

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

The security features listed below, as well as those not listed, exceed industry guidelines.

Security Features:
Microprint Line
Security Screen

Results of document alteration:
- Small type in line appears as dotted line when photocopied
- Absence of "Original Document" verbiage on back of check

*FEDERAL RESERVE BOARD OF GOVERNORS REG. CC